JACKSON *et al. v.* COWART, administrator, *et al.*

GILBERT, J. Lester Jackson et al., as heirs at law of George Jackson, filed a petition in equity against Lee F. Cowart, administrator of the estate of George Jackson, deceased, and F. M. and J. H. Williams, praying for an accounting by the administrator, for appointment of a receiver to take charge of the estate, for cancellation of deeds, setting aside of a tax sale, injunction to prevent Cowart from further administration, and to prevent sale of the real estate "until possession of same be re-

Executors and Administrators, 24·C. J. p. 962, n. 25.

covered from your petitioners, if the court orders the same to be done after an investigation to ascertain the facts," for judgment against F. M. and J. H. Williams, and for general relief. There was no demurrer to the petition. The defendants answered, denying the material allegations. After conclusion of the evidence introduced by plaintiffs, the court awarded a nonsuit. The plaintiffs excepted to this ruling, and to the sustaining of objections to evidence. *Held:*          •

1. The assignments on the rejection of evidence do not show error.
2. The court did not err in awarding a nonsuit.

          *Judgment affirmed. All the Justices concur.*

          No. 5787. APRIL 20, 1927.

Equitable petition. Before Judge Sheppard. Tattnall superior court. October 18, 1926.

*W. T. Burkhalter,* for plaintiffs.

*C. L. Cowart* and *H. H. Elders,* for defendants. ·